UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GEORGE CALVIN PAYNE III,

    Petitioner,

Case No. 2:09-CV-253

v.

HON. GORDON J. QUIST

CATHERINE BAUMAN,

    Respondent.

                            /

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Petitioner on August 25, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 25, 2011, (Dkt. #49) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

This case is **concluded**.


Dated: September 23, 2011                               /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                               UNITED STATES DISTRICT JUDGE